THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHINOOK LICENSING DE, LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ROZMED LLC, IRON DOME LLC, <br> JOHN J. YIM & ASSOCIATES LLC, <br> STEVEN S. YU, AND JOHN J. YIM, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-598 LPS |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties hereto, through their undersigned counsel, that:

1. The time for defendants to answer, move or otherwise respond to the Complaint filed in this action is extended to and including July 2, 2014.

2. Defendants waive any defenses they may assert under Federal Rule of Civil Procedure 12(b)(4) (insufficient process) and/or 12(b)(5) (insufficient service of process). All other defenses, whether under Rule 12(b) or otherwise, are expressly preserved.

| | |
|---|---|
| /s/ Stephen B. Brauerman | /s/ David L. Finger |
| Richard D. Kirk (#0922) | David L. Finger (#2556) |
| Stephen B. Brauerman (#4952) | Finger & Slanina, LLC |
| Vanessa R. Tiradentes (#5398) | One Commerce Center |
| Sara E. Bussiere (#5725) | 1201 N. Orange St., 7th fl. |
| Bayard, P.A. | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 573-2525 |
| Wilmington, DE 19801 | dfinger@delawgroup.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | Attorney for defendants RozMed LLC, Iron Dome LLC, John J. Yim & Associates LLC, Steven S. Yu and John J. Yim |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

Attorneys for Plaintiff
Chinook Licensing DE, LLC

SO ORDERED this _____ day of _____, 2014.

_____
Stark, J.