# EXHIBIT A

# JOHN J. YIM & ASSOCIATES, LLC

Tysons Corner
7600 Leesburg Pike
East Building, Suite 470
Falls Church, VA 22043

Tel. 703.749.0500
Fax. 202.379.1723

John J. Yim*
Managing Partner
E-MAIL: jyim@yimassociates.com

*Admitted in CA, DC, MO, VA &
United States Patent and Trademark Office

March 26, 2014

<u>Via Federal Express</u>
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

      Re: *Inter Partes* Review of U.S. Patent No. 7,047,482
      Chinook Licensing DE, LLC
      **SETTLEMENT PURPOSES ONLY**

Dear Counsel:

    We are attorneys for Iron Dome LLC (www.irondome.com).

    This letter addresses the invalidity of the patent asserted by Chinook Licensing DE, LLC, against Match.com, Inc., Scribd, Inc., StumbleUpon, Inc., Facebook, Inc., Hulu, LLC, LinkedIn Corporation, Project Rover, Inc., Zoosk, Inc., and Pandora Media, Inc., in civil actions recently filed in the U.S. District Court for the District of Delaware. Attached is a fully prepared, but not yet filed, petition for *Inter Partes* Review (IPR) against the asserted patent.

    Although the validity of the asserted patent is questioned, we wish to acquire retroactive and fully transferable licenses to the asserted patent. After reviewing and considering the merits of the enclosed draft IPR petition, please contact me so that we can resolve this matter.

    With the understanding that you are fully acquainted with the new IPR proceedings, we request a rapid resolution of this dispute.

Please contact us no later than two weeks of receipt of this letter. We enclose a license agreement for your review.

Sincerely yours,

John J. Yim

Enclosures