# EXHIBIT D

Search the web | Search  


rapid-response patent interception ™

## Press Releases

### Iron Dome petitions Patent Office for cancellation of web crawler patent

Rockville, MD (April 22, 2014) -- Iron Dome LLC is requesting the U.S. Patent Office to revoke a patent owned by Chinook Licensing that is being used to sue Facebook, Match.com, Hulu and others for having websites that make recommendations to users about items they may like. Iron Dome announces the filing today of an Inter Partes Review (IPR2014-00674) at the U.S. Patent Office requesting the cancellation of Patent No. 7,047,482. "No one should have to surrender to these lawsuits exploiting defective patents," remarked Steven Yu, M.D., J.D., principal of Iron Dome.

### # # #

### Iron Dome petitions Patent Office for cancellation of cameraphone patent

Rockville, MD (February 18, 2014) -- Iron Dome LLC, a subsidiary of RozMed LLC, is requesting the U.S. Patent Office to revoke one of e-Watch's patents that is being used to sue Apple, Blackberry, Samsung, and numerous others for their globally-popular smartphones that transmit photo images over wireless cellular networks. Iron Dome announces the filing today of an Inter Partes Review (IPR2014-00439) at the U.S. Patent Office requesting the cancellation of Patent No. 7,365,871. "Smartphone makers are forced to defend against these lawsuits exploiting defective patents, and that drives up costs so that all of us pay the price," remarked Steven Yu, M.D., J.D., principal of Iron Dome.

© 2014 by Iron Dome LLC