# EXHIBIT E

# JOHN J. YIM & ASSOCIATES, LLC

Tysons Corner
7600 Leesburg Pike
East Building, Suite 470
Falls Church, VA 22043

Tel. 703.749.0500
Fax. 202.379.1723

John J. Yim*
Managing Partner
E-MAIL: jyim@yimassociates.com

*Admitted in CA, DC, MD, VA &
United States Patent and Trademark Office

January 17, 2014

Christopher V. Goodpastor
WATTS GUERRA LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704

> Re: *Inter Partes* Review of e-Watch Patents
> U.S. Patent No. 7,365,871 and No. 7,643,168
> **SETTLEMENT PURPOSES ONLY**

Dear Counsel:

We are attorneys for Iron Dome LLC, a subsidiary of RozMed LLC (www.rozmed.com).

This letter addresses the invalidity of the patents asserted by e-Watch against Apple, Samsung, and other electronics manufacturers in civil actions recently filed in the U.S. District Court for the Eastern District of Texas. Attached are fully prepared, but not yet filed, petitions for *Inter Partes* Review (IPR) against each asserted patent.

Although the validity of the asserted patents is questioned, we wish to acquire retroactive and fully transferable licenses to the asserted patents. After reviewing and considering the merits of the enclosed draft IPR petitions, please contact me so that we can resolve this matter. Also enclosed is a recent ruling in W.D. Texas to stay litigation pending the outcome of an *inter partes* review. On page 4 of the ruling, the court concludes:

> In sum, once the PTAB has determined a challenger is likely to succeed in invalidating all asserted claims of the patent-in-suit and has instituted inter partes review, staying the case to await the PTAB's final decision is the preferable route.

E-Watch, Inc
Exhibit 2008
Petitioner - Iron Dome LLC
Patent Owner - E-Watch Inc
IPR2014-00439

1

We are aware of the IPR petition that was recently filed against another of e-Watch's patent, U.S. Patent No. 6,970,183. With the understanding that you are fully acquainted with the new IPR proceedings, we request a rapid resolution of this dispute. Please contact us no later than two weeks of receipt of this letter. We enclose a license agreement for your review.

Sincerely yours,

John J. Yim

Enclosures

2