# EXHIBIT H

John Yim <jyim@yimassociates.com>   April 29, 2014  9:55 AM
To:  Christopher V. Goodpastor
Settlement Purposes Only - (IRON DOME LLC V. E-WATCH, INC. Inter Partes Review) IPR2014-00439

Chris:
Further to our teleconference, where you expressed your client's desire to settle this matter, here is our offer for settlement.
   Initial payment of $428,000 for withdrawing the IPR.

   Plus:

First scheduled payment upon the first settlement with a first defendant;
Second scheduled payment upon the second settlement with a second defendant;
Third scheduled payment upon the third settlement with a third defendant;
Fourth scheduled payment upon the fourth settlement with a fourth defendant; and
Fifth scheduled payment upon the fifth settlement with a fifth defendant.

<u>Each of the scheduled payments being in the amount of $223,000 if the settling defendant is Samsung or Apple; or $175,000 if any other defendant</u>.

Please contact us after review.

John Yim

John J. Yim & Associates, LLC
7600 Leesburg Pike, Suite 470 East Bldg.

E-Watch, Inc
Exhibit 2011
Petitioner - Iron Dome LLC
Patent Owner - E-Watch Inc
IPR2014-00439

1

Falls Church (Tysons Corner), VA 22043
(703)749-0500 (Tel)
(202)379-1723 (Fax)

<u>FOR SETTLEMENT PURPOSES ONLY</u>